# Court of Appeals
# of the State of Georgia

ATLANTA, June 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0075. STEEL v. THE STATE.**

Brian Steel filed an emergency motion in the Court of Appeals pursuant to Rule 40 (b),[1] seeking relief from impending incarceration imposed upon him in connection with a trial court order holding him in criminal contempt.

The Supreme Court of Georgia has determined, however, that if a murder count in an indictment remains pending below, jurisdiction lies not with the Court of Appeals, but with the Supreme Court. *State v. Murray*, 286 Ga. 258, 259 (1) (687 SE2d 790) (2009). Specifically, "[i]f the underlying action is a murder case, [the Supreme] Court has jurisdiction of the appeal, regardless of whether the order being appealed is based on facts having some bearing on the underlying criminal trial. . . . Although the appeal in this case arises from a collateral order of contempt, it is undisputed that the nature of the underlying action is a criminal prosecution. It follows that the [emergency motion related to the] order of contempt is a matter lying within [the Supreme] Court's jurisdiction. Id.

As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see generally *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this emergency motion is hereby TRANSFERRED to the

---

[1] Prior to filing the emergency motion in the Court of Appeals, Steel filed a similar motion, which remains pending, with the Supreme Court of Georgia.

Supreme Court for disposition.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,___06/12/2024_____

     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____ , Clerk.